UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.
05 SEP 23 PM 2:51
CLERK, US GOULD
W/D OF DISTRICT COURT
JACKSON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. No. 99-10023-T |
| vs. | ) |
| | ) |
| REGINALD ESTES | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Reginald Estes, TOMIS ID 00377243, DOB 05/31/1973, now being detained at the Hardeman County Jail, Bolivar, Tennessee, appear before the Honorable James D. Todd on the _1st_ day of _November_, 2005 for a Supervised Release Violation hearing and for such other appearances as this Court may direct. _at 9:00 a.m._

Respectfully submitted this 22nd day of September, 2005.

_____
JERRY R. KITCHEN
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, West Tennessee State Penitentiary, Henning, Tennessee.

YOU ARE HEREBY COMMANDED to have Reginald Estes appear before the Honorable James D. Todd at the date and time aforementioned.

ENTERED this _23_ day of _September_, 20___.

_____
James D. Todd
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9/26/05_

34

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:99-CR-10023 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT