UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CR. No. 99-10023 |
| **vs.** ) | |
| ) | |
| **REGINALD ESTES** ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Reginald Estes, TOMIS ID 00377243, DOB 05/31/1973, now being detained at the West Tennessee State Prison, Henning, Tennessee appear before the Honorable James D. Todd on the 6th day of December 2005 at 9:00 a.m. for a Supervised Release Violation hearing and for such other appearances as this Court may direct.

Respectfully submitted this 31st day of October, 2005.

_____
JERRY R. KITCHEN
Assistant U. S. Attorney

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, West Tennessee State Penitentiary, Henning, Tennessee.

YOU ARE HEREBY COMMANDED to have Reginald Estes appear before the Honorable James D. Todd at the date and time aforementioned.

ENTERED this _1st_ day of _November_, 20_05_.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/2/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:99-CR-10023 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT