

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

**UNITED STATES OF AMERICA**

-vs-                                                    **Case No. 1:99cr10023-1-T**

**REGINALD ESTES**

---

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate

representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly,

the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

•   The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

•   Probation/Supervised Release Violation

**DONE** and **ORDERED** in 111 South Highland, Jackson, this _____ _09th_ day of December,
2005.

S. Thomas Anderson

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12/13/05_

45

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 1:99-CR-10023 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT