# UNITED STATES DISTRICT COURT
## Western District of Tennessee

United States of America

v.

Reginald Estes

ORDER HOLDING PROBATIONER
FOR REVOCATION HEARING

Case Number: 99-10023-T/An

On December 6, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. At this hearing, the defendant WAIVED his right to a preliminary hearing. Jim Powell, representing the government, and Dianne Smothers, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before Judge James D. Todd. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

_S. Thomas Anderson_
S. Thomas Anderson, United States Magistrate Judge

Date: December 09, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/13/05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:99-CR-10023 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT