IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ D.C.

05 DEC 27 PM 2:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                    Cr. No.1:99-10023-01-T

REGINALD ESTES


JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on December 27, 2005, Assistant U. S. Attorney Jerry Kitchen, representing the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed and admits to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of his supervised release and that he be sentenced to the custody of the Bureau of Prisons for a period of **TWELVE (12) MONTHS,** to run consecutively with sentence he is currently serving in State court, with no further supervision.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 27 December 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12/28/05

50



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:99-CR-10023 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT